# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.            CASE NO.: 22-40037-HLT

**CHASE NEILL,**

    Defendant.

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

**Threatening a Federal Official**
**[18 U.S.C. § 115]**

That on or about June 5, 2022, in the District of Kansas, the defendant,

**CHASE NEILL,**

did threaten to assault and murder a United States official, namely, a member of Congress, United States Representative Jake LaTurner (KS-02), with the intent to impede, intimidate, and interfere with such official while he was engaged in the performance of his official

1

duties, and with the intent to retaliate against such official on account of the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B), with reference to Title 18, United States Code, Sections 115(b)(4) and (c)(4).

**A TRUE BILL.**

   June 22, 2022                                      /s/  Foreperson
       DATE                               FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Jared S. Maag*

     JARED S. MAAG
     Assistant United States Attorney
     District of Kansas
     444 Quincy St., Suite 290
     Topeka, Kansas 66683
     Ph: (785) 295-2850
     Fax: (785) 295-2853
     Email: jared.maag@usdoj.gov
     Ks. S. Ct. No. 17222

> IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# PENALTIES

### COUNT ONE

**Threatening a Federal Official**
**[18 U.S.C. § 115]**

- A term of imprisonment not to exceed ten (10) years, except that imprisonment for a threatened assault shall not exceed six (6) years.
  18 U.S.C. § 115(b)(4)

- A fine not to exceed $250,000.00
  18 U.S.C. § 3571(b)(3).

- Or both

- A term of supervised release not to exceed three (3) years.
  18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).

3