

**SEALED**

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     Kansas

UNITED STATES OF AMERICA

V.

CHASE NEILL

**WARRANT FOR ARREST**

Case Number: 22-40037-HLT

**RECEIVED**
By U.S. Marshals Service at 3:46 pm, Jun 24, 2022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     CHASE NEILL
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

- [x] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Pretrial Release Violation Petition
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation
- [ ] Violation Notice

charging him or her with (brief description of offense)
Ct 1 - 18 USC 115 - Threatening a Federal Official

- [x] in violation of Title 18 United States Code, Section(s) 115
- [ ] in violation of the conditions of his or her pretrial release imposed by the court.
- [ ] in violation of the conditions of his or her supervision imposed by the court.

SKYLER B. O'HARA
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

s/M. Barnes, Deputy Clerk
Signature of Issuing Officer

June 22, 2022 at Topeka, Kansas
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

**Subject was arrested by FBI Agent Bender**

| DATE RECEIVED<br>06.22.22 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>06.24.22 | | |