**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No: 22-40037-HLT |
| | AUSA: Jared Maag |
| Plaintiff, | Defendant: Melody Brannon, AFPD |
| v. | |
| **CHASE NEILL,** | |
| Defendant. | |

| JUDGE: | Judge Rachel E. Schwartz | DATE: | June 27, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:37 pm |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☒ **Initial Appearance – 2 min.** ☐ Initial Revocation Hearing – min. ☐ Bond Hearing – min.
☒ **Detention Hearing – 20 min.** ☐ Initial Rule 5(c)(3) – min. ☐ Bond Revocation Hearing – min.
☒ **Arraignment – 2 min.** ☐ Preliminary Hearing – min. ☐ Status Conference – min.
☐ Discovery Conference – min. ☐ Pretrial Conference – min. ☐ In-Court Hearing – min.

☐ Defendant sworn ☒ **Examined re: financial status** ☒ **Counsel appointed**

☒ **Charges and penalties explained to defendant** ☒ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained** ☒ **Felony** ☐ Misdemeanor
☐ Declines to Waive Indictment ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment ☐ Information filed
☐ Advised of Rights Under Rule _____ ☐ Signed Consent to Transfer _____

☒ **Waived Reading** ☐ Read to Defendant: ☐ Indictment ☐ Information ☐ Complaint
☒ **Number of Counts: 1** ☐ Guilty ☒ **Not Guilty** ☐ Indictment Unsealed

☐ Bond Revoked ☐ Bail Fixed at: $_____
☐ Release Order executed ☐ Continued on present conditions ☒ **Remanded to Custody**

☒ **Case Management Order will be issued by Magistrate Judge Schwartz**

☒ **Status Conference: July 22, 2022 at 9:00 AM before Judge Teeter in Topeka Courtroom 403.**

**OTHER:** Defendant appears in person, in custody and the court appoints Melody Brannon. Government moves for detention. The court, after hearing the proffers and arguments of counsel, grants government's motion and orders that the defendant be detained pending trial. Defendant is remanded to the custody of the U.S. Marshal Service. Formal Order to Follow.