# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**CHASE NEILL**,

        Defendant.

Case Number: 22-40037-HLT

## DETENTION ORDER

**A.**     **Order for Detention**

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) on June 27, 2022, the undersigned hereby orders Defendant Chase Neill detained pursuant to 18 U.S.C. §§ 3142(e) & (i).

**B.**     **Statement of Reasons for Detention**

As the ultimate reason for detaining Defendant, the Court finds:

☒     by clear and convincing evidence, that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

**C.**     **Findings of Fact**

The Court's findings in connection with the decision to detain Defendant are based on the evidence presented during the detention hearing, and information contained in the criminal history report, including the following:

☒   (1)   Nature and circumstances of the offense charged in the present case:

      ☒   Defendant has been charged with one felony: Threatening a Federal Official. As discussed at the detention hearing, Defendant left a voicemail message for United States Representative Jake LaTurner stating that he would kill Representative LaTurner. He additionally made threats of violence against other members of Congress.

☒   (2)   Based on the recorded voicemail message, the record indicates the Government has a strong case against Defendant.

☒ (3) The history and characteristics of Defendant, including:

    (a) General factors:

        ☒ As discussed at the hearing and as reflected in Defendant's voicemail messages left for Representative LaTurner, Defendant may be dealing with serious mental health issues. In his voicemail message, he directly threatened to kill Representative LaTurner and additionally indicated that harm may come to the Representative and other members of Congress because of acts of god.

        ☒ Defendant's criminal history underscores the risk he poses of potentially carrying out his threat if released. In 2018, he was charged with criminal use of weapons and possession of a firearm by an involuntarily committed person. That same year, he was separately charged with a violation of a protective order. In 2019, he was charged with domestic battery.

        ☒ At the hearing, Defendant did not present a release plan. He is currently unemployed and, based upon his financial affidavit, he does not have any financial resources.

        ☒ Defendant does have a prior record of failing to appear at court proceedings.

        ☒ Defendant declined to participate in a pretrial interview with Pretrial Services, which means that little is known about Defendant's personal history other than his mental health struggles as discussed at the hearing.

☒ (4) The risk that Defendant would carry out his threat to kill a member of Congress poses a serious risk of danger to the community. Particularly in the absence of a release plan that directly addresses this risk, there is no condition or combination of conditions will reasonably assure the safety of any other person or the community.

**D.** **<u>Additional Directives</u>**

Pursuant to 18 U.S.C. §§ 3142(i)(2)-(4), the Court directs Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel of record

in this case. On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated June 28, 2022, at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge