IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

v.  Case No. **22-CR-40037-HLT**

**CHASE NEILL**,
    *Defendant.*

## MOTION TO REOPEN DETENTION

Chase Neill, through undersigned counsel, ask the Court to reconsider releasing Mr. Neill pending his September 13, 2022, jury trial. Pursuant to 18 USC § 3142(f)(2), the detention hearing may be reopened at any time before the trial if the court finds that material information was not known at the time of the original determination. Mr. Neill presents that information below.

1. Mr. Neill was indicted on June 22, 2022, and appeared before this Court on June 27, 2022. At that time, Mr. Neill did not have any release plan to offer and the Court detained Mr. Neill at the government's request.[1]

2. Since that time, Mr. Neill's mother has agreed that he could continue to reside with her within the District of Kansas.[2] Mr. Neill lived with his

---

[1] D.E. 6.

[2] The details of the release plan, such as Ms. Neill's location and contact information, have been provided to USPO and the government.

mother before his arrest. She is willing to serve as third party custodian and provide financial support and transportation.

3. Mr. Neill is willing to submit to a pretrial interview with probation.

4. The government opposes Mr. Neill's release, but does not oppose reopening the hearing.

For these reasons, Mr. Neill asks the Court to reopen the detention hearing and consider setting conditions of pretrial release.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Ave., Suite 200
Topeka, KS 66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
Melody_Brannon@fd.org

s/ Kirk Redmond
Kirk Redmond, KS #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603-3840
Telephone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 15, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

            s/ Melody Brannon
            MELODY BRANNON, #17612