UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**

    v.                                      Case No. 22-CR-40037-HLT

**CHASE NEILL,**
              **Defendant**.

## DEFENDANT'S EXHIBIT LIST

Chase Neill, through undersigned counsel, hereby submits his list of proposed exhibits for its case-in-chief. Subject to amendment based on further investigation, we present the following exhibit list. We received additional discovery today, and have outstanding discovery requests, so we will provide a supplement to this list prior to trial.

                              Respectfully submitted,

                              s/ Melody Brannon
                              MELODY BRANNON, #17612
                              Federal Public Defender
                              117 SW 6th Ave., Suite 200
                              Topeka, KS  66603
                              Telephone: (785) 232-9828
                              Fax: (785) 232-9886
                              Melody_Brannon@fd.org

s/ Kirk Redmond
Kirk Redmond, KS #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603-3840
Telephone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon
MELODY BRANNON, KS #17612

**EXHIBIT SHEET**
UNITED STATES V. CHASE NEILL

Case No: 22-CR-40037-HLT -01  Defendant Neill's Trial Exhibits

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 401 | Phone calls and transcripts of calls to Representative LaTurner's office | | | | |
| 402 | Snippets of Facebook posts | | | | |
| 403 | Self-recorded Facebook videos | | | | |
| 404 | Snippets from Chase Neill's personal website | | | | |
| 405 | June 10, 2022 Transcript in: Douglas Co. District Ct 2022-PR-134 and 2022-CT-40 | | | | |
| 406 | Unfiled Petition for name change | | | | |
| 407 | Summary exhibit of telephone calls | | | | |
| 408 | | | | | |
| 409 | | | | | |
| 410 | | | | | |
| 411 | | | | | |