**UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA**

    v.                                                Case No. **22-CR-40037-HLT**

**CHASE NEILL,**
            Defendant.

## DEFENDANT'S WITNESS LIST

Defendant Chase Neill, by and through undersigned counsel, respectfully gives notice that he may call the following witnesses at trial, subject to amendment based on further investigation and ongoing discovery.

1. Chase Neill
2. Pamela Neill
3. SSA David Millard
4. SA Samantha Kilbride
5. Lawrence Police Department Records Custodian
6. LPD Detective Nicholson
7. FBI SA Joshua Adam Bender
8. Dr. Reed Maxwell
9. Sara Godinez
10. LPD Sgt. Fogarty
11. Allen Askew
12. Jacob LaTurner

13. Braden Dreilling

Mr. Neill reserves the right to supplement or amend this witness list. We received additional discovery today, and have outstanding discovery requests, so we may provide a supplement to this list prior to trial.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Ave., Suite 200
Topeka, KS 66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
Melody_Brannon@fd.org

s/ Kirk Redmond
Kirk Redmond, KS #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603-3840
Telephone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon
MELODY BRANNON, KS #17612