# In the United States District Court for the District of Kansas

Case No. 22-40037-HLT

UNITED STATES OF AMERICA,

*Plaintiff*

v.

CHASE NEILL,

*Defendant*

## GOVERNMENT'S EXHIBIT LIST

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 1 | Audio Recording | | | | Bender / Kilbride / Askew / LaTurner |
| 2 | Video Interview of Chase Neill | | | | Nicholson |

| 3 | T-Mobile Report | | | | Bender / Kilbride |

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

By:     /s/ *Jared S. Maag*
JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2022, I electronically filed the foregoing Exhibit List with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Melody Brannon
Melody_Brannon@fd.org

Kirk Redmond
Kirk_Redmond@fd.org

                By:    /s/ *Jared S. Maag*
                      JARED S. MAAG, KS Bar No. 17222
                      Assistant United States Attorney