# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                 CASE NO. 22-40037-HLT

CHASE NEILL,

    Defendant.

## GOVERNMENT'S PROPOSED WITNESS LIST

APPEAR NOW the United States of America, by and through Jared S. Maag, Assistant United States Attorney, and respectfully submit the following list of witnesses for trial in the above-entitled matter:

1. Jake LaTurner – United States Representative
2. Allen Askew – Aide to Congressman LaTurner
3. Samantha Kilbride – Special Agent, United States Capitol Police
4. Joshua Bender – Special Agent, FBI
5. Kimberlee Nicholson – Detective, Lawrence Police Dept.

1

6. Custodian of Records (TBD) – T-Mobile

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

By: /s/ Jared S. Maag
JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2022, I electronically filed the foregoing Witness List with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Melody Brannon
Melody_Brannon@fd.org

Kirk Redmond
Kirk_Redmond@fd.org

By: /s/ Jared S. Maag
JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney