# In the United States District Court for the District of Kansas

Case No. 22-40037-HLT

UNITED STATES OF AMERICA,

*Plaintiff*

v.

CHASE NEILL,

*Defendant*

## GOVERNMENT'S AMENDED EXHIBIT LIST

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 1 | May 23, 2022<br>Audio Recording 5.23.22 VM1.mp3 | | | | Bender / Kilbride / Askew / LaTurner |
| 2 | June 5, 2022<br>Audio Recording 6.5.22 VM1.mp3 | | | | Bender / Kilbride / Askew / LaTurner |

| | | | | | |
|---|---|---|---|---|---|
| 3 | June 5, 2022<br>Audio Recording 6.5.22 VM2.mp3 | | | | Bender / Kilbride / Askew / LaTurner |
| 4 | June 6, 2022<br>Audio Recording 6.6.22 VM1.mp3 | | | | Bender / Kilbride / Askew / LaTurner |
| 5 | June 6, 2022<br>Audio Recording 6.6.22 VM6.mp3 | | | | Bender / Kilbride / Askew / LaTurner |
| 6 | June 6, 2022<br>Audio Recording 6.6.22 VM9.mp3 | | | | Bender / Kilbride / Askew / LaTurner |
| 7 | Video Interview of Chase Neill | | | | Nicholson |
| 8 | T-Mobile Report | | | | Bender / Kilbride / T-Mobile Representative |

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney
District of Kansas

By:    /s/   *Jared S. Maag*

JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2022, I electronically filed the foregoing Amended Exhibit List with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Melody Brannon
Melody_Brannon@fd.org

Kirk Redmond
Kirk_Redmond@fd.org

By:    /s/   *Jared S. Maag*

JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney