IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

v.  Case No. **22-CR-40037-HLT**

**CHASE NEILL**,
    *Defendant.*

---

**Motion for Hearing**

---

Mr. Neill requests new counsel. We ask the Court to set a hearing to address the issue.

The standards for substitution of counsel are familiar. To "warrant a substitution of counsel, the defendant must show good cause, such as a conflict of interest, a complete breakdown of communication or an irreconcilable conflict which leads to an apparently unjust verdict."[1] Strategic disagreement between client and counsel is insufficient to justify appointing successor counsel.[2] To prove the required "total breakdown in communication, a defendant must put forth evidence of a severe and pervasive conflict with his attorney or evidence that he had such minimal contact with the attorney that meaningful communication was not possible."[3] Relevant to that question is whether "the defendant substantially and unreasonably

---

[1] *United States v. Padilla*, 819 F.2d 952, 955 (10th Cir.1987).
[2] *United States v. Lott*, 310 F.3d 1231, 1249 (10th Cir. 2002) ("Good cause for substitution of counsel consists of more than a mere strategic disagreement between a defendant and his attorney ... rather there must be a total breakdown in communications.").
[3] *Id*; *United States v. Porter*, 405 F.3d 1136, 1140 (10th Cir. 2005).

contributed to the communication breakdown."[4]

We recognize that the Court must "inquire into the nature of scope of the conflict"[5], so we relate Mr. Neill's request to the Court. The FPD does not believe that a conflict exists.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Ave., Suite 200
Topeka, KS 66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
Melody_Brannon@fd.org


s/ Kirk Redmond
Kirk Redmond, KS #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603-3840
Telephone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org


**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon
MELODY BRANNON, #17612

---

[4] *Id.*; *Romero v. Furlong*, 215 F.3d 1107, 1113 (10th Cir. 2000).
[5] *United States v. Williamson*, 859 F.3d 843, 853 (10th Cir. 2017).