# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHASE NEILL,

    Defendant.

Case No. 5:22-cr-40037-HLT

## ORDER

The parties jointly move the Court to order that a psychologist or psychiatrist examine Mr. Neill to determine whether he is competent to stand trial. Doc. 52. The Court recently denied the government's motion on this issue and noted that Mr. Neill was actively participating in his defense and repeatedly engaged with counsel. Doc. 38. But a few things have transpired since this ruling.

First, Mr. Neill has submitted several pro se documents to chambers. The Court reviewed the documents and sent them to defense counsel ex parte. The Court has not taken other action on these documents but notes that the documents raise some concerns and have become less formalized over time. Second, the Court held a hearing yesterday to take up Mr. Neill's motion for hearing. A portion of the hearing was held outside the presence of the government's counsel. Several aspects of that hearing give the Court additional concern and were notably different from prior hearings, including: (1) Mr. Neill's comments about his defense, (2) the sealed ex parte exhibit, and (3) Mr. Neill's behavior, communication style and content, and interactions with counsel and the Court. Third, defense counsel noted the need to revisit the 18 U.S.C. § 4241 issue. The Court agreed and, once the government's counsel returned, asked the parties to discuss this issue. The instant motion follows.

Based on these developments, the Court agrees with the parties that there is now "reasonable cause to believe" that Mr. Neill has a mental disease and that his mental disease renders him unable to assist properly in his defense. The Court thus enters the following order.

THE COURT THEREFORE ORDERS that the joint motion (Doc. 52) is GRANTED. There is reasonable cause to believe that Mr. Neill has a mental disease and that the mental disease renders him unable to assist properly in his defense. A local psychological or psychiatric examination of Mr. Neill shall be conducted by an evaluator who is mutually agreeable to the parties and a corresponding report of the examination shall be filed with the Court.

THE COURT FURTHER ORDERS that the parties shall meet and confer to select an evaluator and shall notify the Court of the selected evaluator and anticipated date of examination by September 16, 2022.

THE COURT FURTHER ORDERS that an excludable period under the Speedy Trial Act started September 6, 2022, based on 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

Dated:  September 7, 2022          */s/ Holly L. Teeter*
                                                             HOLLY L. TEETER
                                                             UNITED STATES DISTRICT JUDGE