IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHASE NEILL,<br><br>Defendant. | Case No. 5:22-cr-40037-HLT |

## NOTICE OF CORRESPONDENCE AND ORDER

On October 24, 2022, the Clerk's office received pro se documents from Defendant Chase Neill. Mr. Neill is currently represented by counsel, Melody Brannon and Kirk Redmond. It would be improper for the Court to consider any submission by Mr. Neill that has not been processed through his attorneys, particularly given the current procedural posture of this case.

The Court has reviewed the documents. The Court has decided to provide them to Mr. Neill's counsel on an ex parte basis and not make the documents part of the record in this case at this time. The Court will take no further action in this case concerning the documents submitted by Mr. Neill. Nr. Neill's counsel remains free, of course, to pursue all issues that they and their client deem appropriate.

This case and its current posture presents unique difficulties for the Court. On one hand, the Court is mindful that a competency evaluation is set for later this week with a status conference set early next month. Mr. Neill's repeated correspondence to the Court over the last few weeks highlights and reinforces the Court's concerns and observations justifying this evaluation. Cognizant of the impending evaluation and its serious concerns about competency, the Court has provided the correspondence to his counsel ex parte to protect his constitutional rights until the competency issues are resolved. On the other hand, the Court also does not intend to interfere with

his general right of access to the courts. To the extent any documents are an attempt to open a pro se civil case, counsel should notify the Court and it will work to have the documents promptly processed accordingly.

IT IS SO ORDERED.

Dated: October 24, 2022                             /s/ *Holly L. Teeter*
                                                                        HOLLY L. TEETER
                                                                        UNITED STATES DISTRICT JUDGE