## CLERK'S COURTROOM MINUTE SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE NEILL,<br><br>    Defendant. | Case No. 5:22-cr-40037-HLT |

**Attorney for Plaintiff:**     Jared Maag
                                                Skip Jacobs
**Attorney for Defendant:**  Melody Brannon
                                                Kirk Redmond

| JUDGE: | District Judge Holly L. Teeter | DATE: | 12/13/2022 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kelli Stewart |

# STATUS CONFERENCE

Defendant and counsel appear in person.

After discussion with the parties as set forth in full on the record, the Court adopts the findings contained in the psychological evaluation report (Doc. 74) pursuant to 18 U.S.C. § 4241(b) and finds by a preponderance of the evidence that Defendant is presently competent to stand trial under 18 U.S.C. § 4142 and 4147. The Court thus orders that trial proceedings resume.

Defendant's counsel request that the Court reset the jury trial date and reinstate any outstanding trial deadlines. The government agrees. The Court **GRANTS** the request.

After discussion with the parties as set forth in full on the record, the Court sets the following deadlines and hearings.

> Jury trial is set for **January 17, 2023, at 9:00 a.m.** in Topeka Courtroom 401 before U.S. District Judge Holly L. Teeter. Estimated trial time is **3 days**.
>
> Proposed vior dire questions and any supplemental jury instructions are due on or before **January 4, 2023.**
>
> Electronic copies of exhibits are due on or before **January 6, 2023,** to Chambers (See Trial Order for additional instructions – Doc. 14).

>Motion in Limine hearing is set for **January 6, 2023, at 9:00 a.m.** in Topeka Courtroom 403 before U.S. District Judge Holly L. Teeter.

After discussion with the parties as set forth in full on the record, the Court **GRANTS IN PART** the government's motion authorizing admission of testimony (Doc. 15). The motion is granted in all respects except as it relates to Voicemail No. 9 (see Doc. 32). Defendant's Motion in Limine (Doc. 32) remains pending.

Pursuant to the specific findings set forth in full on the record, the Court finds that the ends of justice served by allowing Defendant the additional time requested before trial outweigh the best interest of the public and Defendant in a speedy trial.

It is ordered by the Court that **December 13, 2022, to January 17, 2023**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and Defendant in a speedy trial.

Defendant is remanded to custody.