**In the United States District Court**
**For the District of Kansas**

**United States of America,**
    Plaintiff,

v.   **Case No. 5:22-cr-40037-HLT-1**

**Chase Neill,**
    Defendant.

**Defendant's Proposed Voir Dire**

Chase Neill, through undersigned counsel, proposes the following voir dire questions for the Court's consideration:

1. Have you or anyone close to you ever been the target of harassment or stalking, in person or online? Please explain.

2. Have you or anyone close to you served in public office, such as local school board, city counsel, or other elected or appointed office? In what capacity and when?

3. Have you or anyone close to you had negative or unfortunate experiences with organized religion such that you could not fully consider the testimony and credibility of someone associated with organized religion or someone who holds deep religious beliefs?

4. Have you or anyone close to you ever contacted or tried to contact your elected representative to report or discuss an issue? What was your experience?

5. Have you or anyone close to you ever actively protested the actions or positions taken by elected officials? What was your experience?

6. Do you or anyone close to you work currently in law enforcement? Or in the past?

7. Do you or anyone close to you have experience in the field of mental health diagnoses or treatment, either personally or professionally?

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Ave., Suite 200
Topeka, KS  66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
Melody_Brannon@fd.org


s/ Kirk Redmond
Kirk Redmond, KS #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603-3840
Telephone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

                                      s/ Melody Brannon
                                      MELODY BRANNON, #17612