# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        CASE NO. 22-cr-40037-HLT

CHASE NEILL,

    Defendant.

## GOVERNMENT'S AMENDED PROPOSED WITNESS LIST

APPEAR NOW the United States of America, by and through Skipper S. Jacobs, Assistant United States Attorney, and respectfully submits the following amended list of witnesses for trial in the above-entitled matter:

1. Special Agent Joshua Bender, FBI
2. SA Samantha Kilbride, U.S. Capital Police
3. Jake LaTurner, United States Representative
4. Braden Drieling, Chief of Staff for Representative LaTurner

5. Jake Conard, District Director / Legal Counsel for Representative LaTurner

6. Monet Straub, Deputy District Director for Representative LaTurner

7. Allen Askew, Military Aide for Representative LaTurner

8. Detective Kimberlee Nicholson, Lawrence Police Department.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

By: /s/ *Skipper S. Jacobs*

SKIPPER S. JACOBS, KS Bar No. 26848
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
Skipper.Jacobs@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, I electronically filed the foregoing Witness List with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

By: /s/ *Skipper S. Jacobs*
SKIPPER S. JACOBS, KS Bar No. 26848
Assistant United States Attorney