# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**

    v.                                                                            Case No. **22-CR-40037-HLT**

**CHASE NEILL,**
                Defendant.

---

### ORDER FOR CLERK TO ISSUE SUBPOENA PURSUANT TO
### FED. R. CRIM. P. 17(b)

---

On January 4, 2023, the Federal Public Defender for the District of Kansas filed a Motion seeking the Production of Witnesses Pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure. ECF No. 85. The Motion seeks a subpoena for a witness to testify at trial; and payment of costs and fees for the subpoena.

Based on the Motion, this Court finds good cause to issue the subpoena, and that the witness is necessary to present an adequate defense. This Court further finds that Defendant is financially unable to pay the costs and fees associated with the subpoena.

The clerk shall therefore issue the subpoena detailed below. The United States shall pay the costs and fees associated with the subpoena. The Federal Public Defender for the District of Kansas will arrange for service of the subpoena and coordinating the appearance of the witness.

Name of person to be subpoenaed:

Sgt. Drew Fennelly
Lawrence Police Department Headquarters
5100 Overland Dr.
Lawrence, Kansas, 66049

Documents and objects to be produced:

None.

Place and time of appearance and production:

January 17, 2023, at 9:00 a.m.
Honorable Holly L. Teeter
U.S. District Judge
United States District Court
444 S.E. Quincy, Courtroom 403
Topeka, KS 66683

So ordered on this 4th day of January, 2023.

<u>/s/ Rachel E. Schwartz</u>
Rachel E. Schwartz
United States Magistrate Judge