UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**

v.  Case No. **22-CR-40037-HLT**

**CHASE NEILL,**
     *Defendant.*

## DEFENSE AMENDED WITNESS LIST

Chase Neill, by and through undersigned counsel, gives notice that he may call the following witnesses at trial, subject to amendment based on further investigation and ongoing discovery:

1. All listed government witnesses[1]
2. Chase Neill
3. Capitol Police Officer Samantha Kilbride
4. Lawrence Police Detective Kimberlee Nicholson
5. Lawrence Police Sgt. Drew Fennelly
6. Kathy Barker (rebuttal)
7. Pam Neill

Mr. Neill reserves the right to supplement or amend this witness list. We received additional discovery on January 4, 2023, and anticipate that additional discovery is forthcoming, and the defense investigation is ongoing.

---

[1] Doc. 84

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Ave., Suite 200
Topeka, KS  66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
Melody_Brannon@fd.org


s/ Kirk Redmond
Kirk Redmond, KS #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603-3840
Telephone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org


**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon
MELODY BRANNON, KS #17612