**In the United States District Court**
**For the District of Kansas**

---

**United States of America,**
    Plaintiff,

v.                                                              **Case No. 5:22-cr-40037-HLT-1**

**Chase Neill,**
    Defendant.

---

**Jointly Proposed Jury Instructions**

---

The parties have conferred and agreed on certain evidence and exhibits to offer into evidence for the jury's consideration. In light of those agreements, Chase Neill, through his counsel Kirk Redmond and Melody Brannon, and the United States, through AUSA Skip Jacobs and AUSA Stephen Hunting, propose the following jury instructions, in conformance with the Tenth Circuit Pattern Jury Instructions:[1]

CAUTIONARY INSTRUCTION DURING TRIAL[2]

      Transcript of Recorded Conversation During this trial, you have heard sound recordings of certain conversations. These conversations were legally recorded; they are a proper form of evidence and may be considered by you as you would any other evidence. You were also given transcripts of those recorded conversations. Keep in mind that the transcripts are not evidence. They were given to you only as a guide to help you follow what was being said. The recordings themselves are the evidence. If you noticed any

---

[1] The Court set a deadline of January 4, 2023 for filing supplemental jury instructions, Doc. 75; however, the parties met this morning to review evidence and exhibits and agreed that these instructions would be necessary and appropriate.

[2] Tenth Cir. Pattern Jury Instruction 1.40 (2021 Ed.).

differences between what you heard on the recordings and what you read in the transcripts, you must rely on what you heard, not what you read. If you could not hear or understand certain parts of the recordings, you must ignore the transcript as far as those parts are concerned.

## SUMMARIES AND CHARTS

Not Received in Evidence

Certain charts and summaries have been shown to you to help explain the evidence in this case. Their only purpose is to help explain the evidence. These charts and summaries are not evidence or proof of any facts.[3]

In support of these instructions, the parties intend to use transcripts of certain recorded phone calls in presenting evidence to the jury. Additionally, certain phone records will be offered into evidence, and the summary will assist the jury in understanding the timing of the calls in question.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Ave., Suite 200
Topeka, KS  66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
Melody_Brannon@fd.org

---

[3] Tenth Cir. Pattern Jury Instruction 1.41 (2021 Ed.).

s/ Kirk Redmond
Kirk Redmond, KS #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603-3840
Telephone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org


s/ Skipper S. Jacobs
Skipper S. Jacobs, KS Bar No. 26848
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
skipper.jacobs@usdoj.gov


s/ Stephen A. Hunting
Stephen A. Hunting, #21648
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
skipper.jacobs@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon
MELODY BRANNON, #17612