# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**

    v.                                                  Case No. 22-CR-40037-HLT

**CHASE NEILL,**

        **Defendant**.

## DEFENDANT'S AMENDED EXHIBIT LIST

Chase Neill, through undersigned counsel, hereby submits his list of proposed exhibits for its case-in-chief. Subject to amendment based on further investigation, we present the following exhibit list. We received additional discovery yesterday and today, and anticipate that additional discovery may be forthcoming, so we will provide a supplement to this list prior to trial, if necessary.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Ave., Suite 200
Topeka, KS 66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
Melody_Brannon@fd.org

s/ Kirk Redmond  
Kirk Redmond, KS #18914  
First Assistant Federal Public Defender  
117 SW Sixth Avenue, Suite 200  
Topeka, KS 66603-3840  
Telephone: 785-232-9828  
Fax: 785-232-9886  
Email: kirk_redmond@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon  
MELODY BRANNON, KS #17612

# AMENDED EXHIBIT SHEET
## UNITED STATES V. CHASE NEILL

Case No: 22-CR-40037-HLT -01          Defendant Neill's Trial Exhibits

| No. | Description | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|
| 201 | April 24, 2022 Jake LaTurner Digital Privacy form with Chase Neill e-mail.pdf | | | | |
| 202 | April 24, 2022 Jake LaTurner Digital Privacy form with Chase Neill e-mail (FPD Bates KSX000487-488).pdf | | | | |
| 203 | Picture of Chase Neill.pdf | | | | |
| 204 | Chase Neill Linkedin profile page.pdf | | | | |
| 205 | April 4, 2014 Article re Chase Neill – Firefighters rescuing woman.pdf | | | | |
| 206 | June 8, 2022 – USCP Kilbride Email re: Chase Neill ping location(s)_Redacted.pdf | | | | |
| 207 | June 10, 2022 Transcript in Douglas Co. District Ct 2022-PR-134 and 2022-CT-40_Redacted.pdf | | | | |
| 208 | Summary exhibit of telephone calls to LaTurner.pdf | | | | |
| 209 | Image of Jake LaTurner's website.pdf | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |