**In the United States District Court
For the District of Kansas**

**United States of America,**
    Plaintiff,

v.                                                      **Case No. 5:22-cr-40037-HLT-1**

**Chase Neill,**
    Defendant.

**Proposed Joint Supplemental Voir Dire**

At the status conference on January 6, 2023, the parties raised some additional issues that may be relevant to jury selection. The Court ordered the parties to confer and submit additional proposed voir dire. Below are the parties' proposals:

1. There may be evidence that Chase Neill was raised in the Church of the Latter Day Saints, or LDS, and later converted to Judaism. You may hear certain statements attributed to the Mr. Neill that are critical of LDS. We are not trying to inquire into your personal religious beliefs, but need to know your associations.

    a. Are you or anyone close to you a current or past member of the LDS church? Or regularly attend LDS services or functions?

    b. Will you be so offended by criticism of the LDS church that you would be uncomfortable sitting as a juror in this case?

2. There may also be evidence that Mr. Neill was critical of other organized religions or churches. Based on your background and experience, will that make you uncomfortable sitting as a juror in this case?

3. This is not a case about politics or party ideology, but you have heard that Congressman Jake LaTurner is a witness, and the alleged threats were directed toward him. Because he is an elected Republican official and some of you may be his constituents, we need to know if anyone had a role in Congressman Laturner's campaigns or duties in Congress.

    a. Did you campaign for Rep. LaTurner?

    b. Did you donate money to Mr. LaTurner's campaign?

    c. Have you asked Mr. LaTurner or his office for help with an issue?

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender
117 SW 6th Ave., Suite 200
Topeka, KS  66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
Melody_Brannon@fd.org


s/ Kirk Redmond
Kirk Redmond, KS #18914
First Assistant Federal Public Defender
117 SW Sixth Avenue, Suite 200
Topeka, KS 66603-3840
Telephone: 785-232-9828
Fax: 785-232-9886
Email: kirk_redmond@fd.org

        s/ Skipper S. Jacobs
        Skipper S. Jacobs, KS Bar No. 26848
        Assistant United States Attorney
        District of Kansas
        290 Carlson Federal Building
        444 SE Quincy Street
        Topeka, KS 66683
        Ph: 785.295.2850 (Office)
        Fax: 785.295.2853
        skipper.jacobs@usdoj.gov

        s/ Stephen A. Hunting
        Stephen A. Hunting, #21648
        Assistant United States Attorney
        District of Kansas
        290 Carlson Federal Building
        444 SE Quincy Street
        Topeka, KS 66683
        Ph: 785.295.2850 (Office)
        Fax: 785.295.2853
        skipper.jacobs@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 10, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

        s/ Melody Brannon
        MELODY BRANNON, #17612